Decided April 15, 1998

### STATE OF CONNECTICUT *v.* ALEX KELLY

The defendant's petition for certification for appeal from the Appellate Court (AC 17823) is denied.

CALLAHAN, C. J., and BORDEN, J., did not participate in the consideration or decision of this petition.

*Hope C. Seeley*, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided April 15, 1998